

**2017–1096.   In re C.D.**
Franklin App. No. 16AP–779, 2017-Ohio-5870. Motion for stay of execution of judgment denied.

**2017–1205.   In re C.D.**
Franklin App. No. 16AP–784. Motion for stay and motion to consolidate denied.

O'NEILL, J., dissents and would accept the cause and grant the motion for stay and the motion to consolidate.

**2017–0619.   Harmon v. Hoffman.**
In Mandamus and Prohibition. Reported at 150 Ohio St.3d 1404, 2017-Ohio-6964, 78 N.E.3d 906. On motion for reconsideration. Motion denied. Relator's motion to amend motion for reconsideration denied as moot.

*October 13, 2017*

2017-Ohio-8183.]

**2017–0986.   State ex rel. Cincinnati Enquirer v. Denney.**
In Mandamus. On relator's application for dismissal. Application granted. Cause dismissed.

*October 17, 2017*

2017-Ohio-8204.]

**1998–2061.   State v. Franklin.**
Montgomery C.P. No. 97CR1139. On appellant's motion for appointment of counsel. Motion denied.

**2017–0749.   In re Application of Ohio Power Co.**
Public Utilities Commission, Nos. 13–2385–EL–SSO and 13–2386–EL–AAM. On motion for admission pro hac vice of Matthew S. McKenzie. Motion granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission with the Supreme Court's Office of Attorney Services within 30 days.